UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VERONICA MADDY, on behalf of herself and all others similarly situated, | Case No. 1:22-cv-7826 |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| -against- | |
| LA-Z-BOY INCORPORATED | |
| Defendant. | |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: Forest Hills, New York
March 7, 2023

Respectfully Submitted,

**/s/ Mars Khaimov**
By: Mars Khaimov, Esq.
108-26 64th avenue, Second Floor
Forest Hills, New York 11375
Tel (929) 324-0717
Fax (929) 333-7774
Email: mars@khaimovlaw.com
*Attorney for Plaintiff*